UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-30729 |
|---|---|
| DAVID L BRZOZOWSKI | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4077913**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 8/ 19 | IEI FINANCIAL SERVICES<br>2485 DIRECTORS ROW<br>INDIANAPOLIS, IN  46241 | 43.25 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/24/2011

Certificate of Service                    06-30729

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| DAVID L BRZOZOWSKI | MICHAEL J ELLERBROCK | (19.1) |
| --- | --- | --- |
| 5287 WHEATON DRIVE | 4403 N MAIN ST | IEI FINANCIAL SERVICES |
| DAYTON, OH  45429 | DAYTON, OH  45405 | 2485 DIRECTORS ROW |
| | | INDIANAPOLIS, IN  46241 |

| (35.1n) | (1006.1n) | (38.1n) |
| --- | --- | --- |
| KAROLINA F PERR | Ohio Department Of Taxation | PORTFOLIO RECOVERY ASSOCIATES |
| 525 VINE ST | C/O Raymond Pikna, Jr. | BOX 41067 |
| SUITE 800 | 600 Vine St Ste 2500 | NORFOLK, VA  23541 |
| CINCINNATI, OH  45202 | Cincinnati, OH  45202-2491 | |

| (39.1n) | (40.1n) |
| --- | --- |
| RECOVERY MANAGEMENT SYSTEMS CO | VATIV RECOVERY SOLUTIONS |
| 25 SE 2ND AVENUE | PO BOX 19249 |
| SUITE 1120 | SUGAR LAND, TX  77496 |
| MIAMI, FL  33131 | |

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner                    sv

0630729_42_20110524_1259_278/T317_sv
###